UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ZENITH ELECTRONICS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>VIZIO, INC.; WESTINGHOUSE DIGITAL ELECTRONICS LLC; FUNAI CORPORATION, INC.; FUNAI ELECTRIC CO., LTD.; POLAROID CORPORATION; PETTERS GROUP WORLDWIDE LLC; APH USA, INC.; AKAI ELECTRIC CO., LTD.,<br><br>        Defendants. | Case No. 5:06-CV-246<br><br>**ORDER GRANTING ZENITH'S UNOPPOSED MOTION FOR ADDITIONAL LIMITED DISCOVERY**<br><br>Folsom (Jury) |

      Having considered the argument of the Plaintiff and for good cause shown, Zenith's Unopposed Motion for Additional Limited Discovery is hereby GRANTED. The Court will reopen discovery for the limited purpose of permitting Zenith to issue five subpoenas for documents and/or deposition testimony, along with reasonable follow-up, with such discovery to be completed by June 30, 2010.

      IT IS SO ORDERED.

      **SIGNED this 18th day of May, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

852500/HN